IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DEWEY LIM,<br><br>    Plaintiff,<br><br>vs.<br><br>US MARSHALS, JOHN DOE #1, and JOHN DOE #2,<br><br>    Defendants. | 8:16CV254<br><br>**MEMORANDUM AND ORDER** |

Pursuant to the court's order (Filing No. 13), Plaintiff was provided with two forms USM 285 and two summons forms to complete and return to the clerk of the court for service of process on the United States by the U.S. Marshal in accordance with Fed. R. Civ. P. 4(i)(1). Plaintiff was provided 120 days (until February 23, 2017) to complete service. Plaintiff has not returned the completed forms USM 285 or summons forms and has not otherwise filed a return of service indicating service on Defendant,[1] and Defendant has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until April 14, 2017 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 3rd day of March, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] "[F]or all practical purposes, the United States of America is the defendant in this suit." (Filing No. 13 at CM/ECF p. 1, ¶2).