IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DEWEY LIM,<br><br>Plaintiff,<br><br>vs.<br><br>US MARSHALS, JOHN DOE #1, JOHN DOE #2, and EBAN JONES, Deputy;<br><br>Defendants. | **8:16CV254**<br><br>**ORDER** |

As to Plaintiff's motion, (Filing No. 26),

IT IS ORDERED:

1) To the extent the plaintiff is seeking leave to proceed in this case in forma pauperis, the request is denied because judgment was entered against the plaintiff on May 9, 2017, and the case is closed.

2) To the extent the plaintiff is filing a renewed request for copies of court filings, that request is again denied. (See Filing No. 24, ¶ 3).

November 26, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge